CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUL 2 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 5:16-cr-08 |
| v. | |
| JASON BRADLEY<br>DEBORAH BRADLEY<br>  aka Deborah Ryba<br>RYAN BUCHANAN<br>BRIAN LISTER<br>NICHOLAS PURINTUN<br>NANYA TAYLOR<br>EDWARD TAYLOR | **UNDER SEAL** |

## PROTECTIVE ORDER

WHEREAS, a federal grand jury of this District having returned a superseding indictment charging defendants with violations of 21 U.S.C. § 846 (Count 1), 21 U.S.C. § 963 (Count 2), and 18 U.S.C. § 1956 (Counts 3-4), and the Indictment also alleging the forfeiture of certain assets to the United States pursuant to 21 U.S.C. § 853(p);

AND WHEREAS, the United States having moved ex parte for a Protective Order pursuant to 21 U.S.C. § 853(e)(1)(A) and 28 U.S.C. §§1355 and 2461(c), to preserve the status quo and prevent the defendants and others from alienating, encumbering, or wasting forfeitable property and substitute assets;

**NOW THEREFORE, IT IS THE ORDER** of this Court that this Protective Order issue under SEAL, and that

    **(1)** the defendants, their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them; and

    **(2)** those persons who have any interest or control over any and all of the assets of the defendants,

be and are hereby **RESTRAINED, PROHIBITED and ENJOINED** and are subject to the following terms:

    **(a)** The defendants, their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them, and those persons, financial institutions, or entities who have any interest or control over **any and all assets of the defendants, including but not limited to the subject property listed in Attachment A,** are restrained, prohibited and enjoined from attempting or completing any action that would affect the marketability or value of said property, including but not limited to selling, assigning, pledging, distributing, encumbering, wasting, secreting or otherwise disposing of, or removing from the jurisdiction of this Court, all or any part of their interest, direct or indirect, in any and all property, including, but not limited to, bank accounts, safe deposit boxes, cash, real property, personal property, and the known assets identified in Attachment A.

    **(b)** Any financial institutions holding **any accounts under the name of or control of the defendants**, by whatever name known, including but not limited to any financial accounts listed on **Attachment A**, shall identify said accounts by name of account holder(s), account number, and status of account; and further freeze the contents of any financial accounts valued at $1,000.00 or more in place and not permit the withdrawal of any amount from the accounts by anyone except by Order of this Court, and while the contents of the accounts are frozen, accrue any deposits, interest, dividends, and any other amount credited to the account.

    **(c)** The defendants shall repatriate all assets located oversees or post a satisfactory performance bond, for any assets specifically identified in Attachment A.

    **(d)** This Order shall remain SEALED until the United States and/or its designee serves copies of this Order upon the defendants and other applicable entities.

    **(e)** This Order remains in full force and effect until further order of this Court.

    ENTERED THIS __20th__ DAY OF JULY, 2016.

                                                JOEL C. HOPPE
                                                UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

**Any and all assets, including but not limited to bank accounts with deposits in excess of $1,000, safe deposit boxes, cash, real property, personal property, and the following known assets:**

a. **U.S. currency in the amount of $295,351.91.**

On or about April 29, 2013, law enforcement seized approximately $295,351.91, which was in the possession, custody and control of defendants NANYA TAYLOR and EDWARD TAYLOR in the Charlotte, North Carolina area.

b. **E*Trade Accounts**

The United States has identified certain E*Trade accounts, including:

(1) Deborah Ryba; account number ending 1350; balance of approximately $100,085.50 as of March 2015;

(2) Jason Bradley; account number ending 0511; balance of approximately $28,562.24 as of April 2015.

c. **Bank of America Accounts**

The United States has identified certain Bank of America accounts, including:

(1) Jason Bradley; account number ending 2563; balance of approximately $35,256.75 as of May 2014.

d. **J.P. Morgan Chase Accounts**

The United States has identified certain J.P. Morgan Chase accounts, including:

(1) Deborah B. Ryba; account number ending 7283;

(2) Deborah B. Ryba; account number ending 8999;

(3) DJB Industries LLC; account number ending 6797.